Jason M. Finch, Joel Hatch, Kevin J. McCoy, Smith & Gardner, Omaha, NE, for Petitioner.

Richard M. Evans, Susan Bennett Green, Karen Yolanda Drummond, Anna Nelson, U.S. Department of Justice, Washington, DC, for Respondent.

Before MELLOY, BOWMAN, and SHEPHERD, Circuit Judges.

PER CURIAM.

Guatemalan citizen Jacinto Maldonado–Hernandez petitions for review of an order of the Board of Immigration Appeals, which affirmed an immigration judge's denial of withholding of removal.[1] Contrary to the arguments in Maldonado–Hernandez's petition, we conclude that the denial of withholding of removal was supported by substantial evidence, *see Sow v. Mukasey*, 546 F.3d 953, 956 (8th Cir.2008); *Ezeagwu v. Mukasey*, 537 F.3d 836, 839 (8th Cir.2008), and that nothing in the record

suggests that his due process rights were violated, *see Zacarias–Velasquez v. Mukasey*, 509 F.3d 429, 434–35 (8th Cir.2007). Accordingly, we deny the petition for review.

Ronald J. POSLUNS, Appellant,

v.

EDUCATION MANAGEMENT CORPORATION, LLC, a wholly-owned subsidiary of Education Management Holdings, LLC which is a wholly-owned subsidiary of Education Management Corporation; Argosy Education Group, Inc.; Argosy University; Argosy University Online; Karen Baillie, J.D.; Richard M. Belcastro, Ph.D.; Susan Burgess; Marguerite Chabau, Ph.D.; Teresa Collins–Jones, Ph.D.; Timothy Drake, Ph.D.; Adam Fagelson; Rita Jensen, Ph.D.; Amanda Kimmel; Devitt Kramer, J.D.; Bart Lerner, Ed.D.; John R. McKernan, Jr., J.D.; Todd S. Nelson; Robert A. Niesiobedzki, Ph.D.; Kate Noone; William Nowlin, Ph.D.; John T. South, III; Shelia Sweeney, Ph.D.; Craig Swenson, Ph.D.; Thomas Vonk, Ph.D.; Kathryn J. Tooredman, Ph.D.; John/Jane Does, 1–100, Appellees.

---

No. 11–1591.

United States Court of Appeals,
Eighth Circuit.

Submitted: Nov. 2, 2011.

Filed: Nov. 3, 2011.

Ronald J. Posluns, Maumelle, AR, pro se.

Lisa M. Coulter, Martha E. Gibbs, Snell & Wilmer, Phoenix, AZ, David Patrick Martin, Amanda K. Wofford, Rose Law Firm, Little Rock, AR, for Appellees.

Before MELLOY, BOWMAN, and SHEPHERD, Circuit Judges.

PER CURIAM.

Ronald J. Posluns appeals the district court's[1] order denying his motion to remand and dismissing his removed civil diversity action, and the subsequent summary denial of his numerous post-judgment motions. Upon careful review, we conclude that the district court properly dismissed the case and denied the remand motion for the reasons it stated. We further conclude that Posluns's post-judgment motions were meritless, and that the district court did not err in denying them summarily, *see Associated Elec. Coop. v. Mid–America Transp. Co.*, 931 F.2d 1266, 1273 (8th Cir.1991) (holding that district court did not err in summarily denying post-judgment motion to alter or amend judgment). Accordingly, we affirm the judgment. *See* 8th Cir. R. 47B.

---

1. The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.